DAYLE ELIESON
United States Attorney
District of Nevada
Nevada Bar No. 2137
CHANTAL R. JENKINS
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 977-8931
chantal.jenkins@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KENYA M. JAMES, ) | Case No. 2:18-cv-01322-MMD-GWF |
| ) | |
| Plaintiff, ) | **UNOPPOSED MOTION FOR** |
| ) | **30-DAY EXTENSION OF TIME** |
| v. ) | |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
| Defendant, ) | |
| _____ ) | |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or Remand to March 6, 2019. Defendant's counsel apologizes to the Court for not filing her request for extension prior to February 4th. She mis-calendered the deadline. Defendant's counsel requests this additional time due to workload. Since Plaintiff filed her brief, Defendant's counsel has filed three briefs in other social security cases and represented the agency in a district court hearing for another social security case. Defendant's counsel has an employment hearing this week and four briefs in other social security cases due

1

within the next month.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on February 5, 2019.

Respectfully submitted this 5th day of February 2019.

        DAYLE ELIESON
        United States Attorney

        */s/ Chantal R. Jenkins*
        CHANTAL R. JENKINS
        Special Assistant United States Attorney

OF COUNSEL:

DEBORAL LEE STACHEL
Regional Chief Counsel, Region IX

IT IS SO ORDERED:

*[signature: George Foley Jr.]*
UNITED STATES MAGISTRATE JUDGE

DATED: February 6, 2019

# CERTIFICATE OF SERVICE

I, Chantal R. Jenkins, certify that the following individual was served with a copy of the UNOPPOSED MOTION FOR EXTENSION OF TIME on the date and via the method of service identified below:

**CM/ECF:**

**Cyrus Safa**
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-5491
Email: cyrus.safa@rohlfinglaw.com

**Leonard H Stone**
Shook & Stone Chtd.
710 S. Fourth St.
Las Vegas, NV 89101-
702-385-2220
Fax: 702-384-0394
Email: lstone@shookandstone.com

Dated this 5th day of February 2019.

*/s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney