# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KENYA M. JAMES, | Case No.: 2:18-cv-01322-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket Nos. 15, 19) |
| ANDREW SAUL, | |
| Defendant. | |

On January 14, 2020, the undersigned issued a report and recommendation that the motion for reversal or remand be denied and that the countermotion to affirm be granted. Docket No. 27. Pursuant to the pilot program regarding magistrate judge consent in social security cases, *see* General Order 2019-08, the parties have since consented to the undersigned magistrate judge's handling of this case, *see* Docket No. 30; *see also* Fed. R. Civ. P. 73(a); 28 U.S.C. § 636(c)(1).

Accordingly, the Court hereby incorporates the findings and analysis in the report and recommendation into this order, **DENIES** the motion for reversal or remand (Docket No. 15), and **GRANTS** the countermotion to affirm (Docket No. 19). For the reasons stated in the report and recommendation, Docket No. 27, the decision below is **AFFIRMED**. The Clerk's Office is instructed to **ENTER FINAL JUDGMENT** accordingly and to **CLOSE** this case.

IT IS SO ORDERED.

Dated: January 31, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE